1

2

3           JS-6

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   ANDREW C.,                            Case No. 5:20-CV-00149 (KES)

12          Plaintiff,

13      v.                                  **JUDGMENT**

14   ANDREW M. SAUL, Commissioner of
     Social Security,
15
            Defendant.
16

17

18       IT IS HEREBY ADJUDGED that, for the reasons set forth in the

19   Memorandum Opinion and Order, the decision of the Commissioner of the Social

20   Security Administration is affirmed and this action is dismissed with prejudice.

21

22   DATED:  February 24, 2021

23

24   _____
     KAREN E. SCOTT
25   United States Magistrate Judge

26

27

28